CHRISTINA A. DIEDOARDO (SBN 258714)
The Matian Firm, APC
111 N. Market Street, Suite 888
San Jose, California 95113
Tel (408) 516-1208
Fax (408) 516-1209
christina@matianlegal.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA | Case No: 22-cr-00361-JSW |
|---|---|
| Plaintiff | |
| v. | ORDER (AS MODIFIED) FOR DEFENDANT YOSELIN KARINA PEREZ RAMIREZ TO TRAVEL TO YOSEMITE, CALIFORNIA FROM JUNE 9, 2023, THROUGH JUNE 11, 2023 |
| YOSELIN KARINA PEREZ RAMIREZ, et al., | |
| Defendants. | |

Yoselin Karina Perez Ramirez ("Ms. Perez-Ramirez") is a defendant in the above-entitled action who was previously released on this case on pretrial release. One of the conditions of that release is that Ms. Perez Ramirez does not leave this judicial district without prior approval from the Court.

Ms. Perez Ramirez, through her attorney of record, has requested permission to travel to Yosemite, California from June 9, 2023, through June 11, 2023, to attend a relative's graduation ceremony.  The United States, by and through its counsel, have advised defense counsel that it has no objection to this travel request.  Despite multiple attempts to reach her over several days, defense counsel has been unable to reach Pretrial Services Officer Jessica Portillo or anyone from her office authorized to express a position on this request.

**ORDER (AS MODIFIED)**

Based upon the STIPULATION of the parties, and for good cause shown, it is hereby ORDERERED that:

1. Defendant Yoselin Perez-Ramirez may travel to Yosemite, California to attend a family function from June 9, 2023, through June 11, 2023. Prior to her departure, Defendant must provide a copy of her itinerary to Supervisory U.S. Pretrial Services Officer Kalisi Kupu.

2. All other conditions of pretrial release not in conflict with this order shall remain in effect.

**IT IS SO ORDERED AS MODIFIED.**

Date:  June 9, 2023



_____
HONORABLE DONNA M. RYU
Chief United States Magistrate Judge